# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KIMBERLY KIM**,

        Plaintiff,

v.

Case No. 19-CV-300

**UY CREATIVE COMMUNICATIONS, LLC**
**and MAUREEN UY**,

        Defendants.

## SCHEDULING ORDER

On May 16, 2019 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Emil Ovbiagele; on behalf of the defendants was Attorney Andrea Murdock.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties may amend pleadings on or before **June 10, 2019**.

2. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before **August 9, 2019**. Defendants shall disclose expert witnesses on or before **October 9, 2019**.

3. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **November 11, 2019**.

4. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **December 11, 2019**. Such motions shall not be filed prior to the date of completion of discovery.

5.  Mediation shall be completed no later than **January 9, 2020**.

6.  Parties are to file their final pretrial report by **April 27, 2020**. Any Motions in Limine should be filed at the same time the pretrial report is filed. Any pre-trial objections shall be filed no later than **May 4, 2020**. In addition, a list of exhibits should be prepared using the standard exhibit and witness list form found on the court's website. Exhibits should be numbered sequentially in accordance with General L.R. 26.

7.  A final pretrial conference will be held **May 11, 2020 at 9:30 a.m.** in Courtroom 253 of the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

8.  A jury trial will be conducted on **May 18, 2020 at 9:00 a.m.** at the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

Dated at Milwaukee, Wisconsin this 16th day of May, 2019.

BY THE COURT

*s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge