# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KIMBERLY KIM,

      **Plaintiff,**

  v.                           Case No. 19-C-300-NJ

UY CREATIVE COMMUNICATIONS LLC,
MAUREEN UY,

      **Defendants.**

## SETTLEMENT CONFERENCE MINUTES

### HONORABLE WILLIAM E. CALLAHAN PRESIDING

DATE: December 17, 2019

TIME COMMENCED: 9:30 a.m.        TIME CONCLUDED: 11:30 a.m.

APPEARANCES:

    PLAINTIFF – Kimberly Kim with Attorney Samantha Huddleston

    DEFENDANTS – Maureen Uy with Attorney Anthony Murdock

DISPOSITION: Mediation was conducted in this case on December 17, 2019. Despite the efforts of the parties, mediation did not result in settlement of this case. Consequently, this case is referred back to Magistrate Judge Nancy Joseph for further pretrial processing, and trial processing, if necessary. SO ORDERED.