UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KIMBERLY KIM<br><br>      Plaintiff,<br><br>v.<br><br>UY CREATIVE COMMUNICATIONS, LLC<br><br>And<br><br>MAUREEN UY<br><br>      Defendants. | Case No.: 19-cv-300 |

## STIPULATION FOR DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kimberly Kim, by her attorneys OVB Law & Consulting, S.C., and Defendants UY Creative Communications, LLC and Maureen UY, by their attorneys, Murdock Law, S.C., hereby stipulate to the dismissal of all claims in this action, with prejudice and each party to bear its own costs.

Dated this 3rd day of January 2020.

                                                **OVB LAW & CONSULTING, S.C.**
                                                Attorneys for Plaintiff

                                                /s/ Samantha C. Huddleston
                                                O. Emil Ovbiagele
                                                WI State Bar No. 1089677
                                                Samantha C. Huddleston
                                                WI State Bar No. 1101385

                                                839 N. Jefferson St, Suite 502
                                                Milwaukee, WI 53202
                                                414-585-0588 (office)
                                                414-255-3031 (fax)

emil@ovblaw.com (email)
samantha@ovblaw.com (email)

Dated this _____ day of January 2020.

**MURDOCK LAW, S.C.**
Attorneys for Defendants

/s/ Andrea L. Murdock
Andrea L. Murdock
WI State Bar No. 1051899
Anthony K. Murdock
WI State Bar No. 1054531

4425 North Port Washington Road
Suite 107
Milwaukee, Wisconsin 53212
p 844-744-7529
f 414-930-4468
andrea@murdock-law.com
anthony@murdock-law.com

2